UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSE H. CALDERON,

                Plaintiff,

        v.

JUDGE ERIC BROWN, *et al.*,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case: 1:15-cv-00968
Assigned To : Unassigned
Assign. Date : 6/22/2015
Description: Pro Se Gen. Civil (F Deck)

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The Court will grant the application and dismiss the complaint.

It appears that the plaintiff has been convicted of a crime notwithstanding his claim of self-defense, and he brings this action under 42 U.S.C. § 1983 demanding damages as compensation for his wrongful conviction and custody. The Supreme Court instructs:

> [I]n order to recover damages for allegedly unconstitutional conviction or imprisonment, or for other harm caused by actions whose unlawfulness would render a conviction or sentence invalid . . . plaintiff must prove that the conviction or sentence has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such determination, or called into question by a federal court's issuance of a writ of habeas corpus.

*Heck v. Humphrey*, 512 U.S. 477, 486-487 (1994). The plaintiff does not demonstrate that his conviction or sentence has been reversed or otherwise invalidated, and, therefore, his claim for damages fails. *See, e.g., Johnson v. Williams*, 699 F. Supp. 2d 159, 171 (D.D.C. 2010), *aff'd sub nom. Johnson v. Fenty*, No. 10-5105, 2010 WL 4340344 (D.C. Cir. Oct. 1, 2010).



3

The Court will dismiss the complaint for failure to state a claim upon which relief can be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1). An Order is issued separately.

DATE: 6/18/15

_____
United States District Judge